In the Matter of the Claim of EDITH HORTON, Respondent, against GEORGE F. DEMEREE & SON, INC., Appellant, and STATE SUPERINTENDENT OF INSURANCE, as Liquidator of THE NEW YORK INDEMNITY COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 3, 1933; decided October 17, 1933.)

*T. Carlyle Jones* for appellant.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.